Joseph Wagner, Trading as Wagner Dairy Products, Appellant, v. M. Okner, Appellee.

Gen. No. 41,925.

388

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Grablowski & Kanak, for appellant; Harvey L. Cavender, of counsel; Isidore Fried, for appellee; Edward Horchler and Bernard A. Stol, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."